Exhibit A

## **NOTICE OF CONSENT**

I, the undersigned, a current or former employee of the defendant(s) named herein, hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all unpaid minimum wages and/or unpaid overtime wages and all other damages and amounts that I may be owed under the FLSA. By joining this collective action, I agree to be a class representative. I choose to be represented by Welmaker Law, PLLC and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to act as a party plaintiff in this collective action.

Rachael Owens
Full Name (Print)

*[signature]*
Signature

06 / 11 / 2025
Date

Doc ID: 56253096ace88990df2e515180a0c8a281ec9a22

![Dropbox Sign]

Audit trail

| | |
|---|---|
| Title | Named Party Consent.pdf |
| File name | Named%20Party%20Consent.pdf |
| Document ID | 56253096ace88990df2e515180a0c8a281ec9a22 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**
**06 / 11 / 2025**
19:23:32 UTC
Sent for signature to Rachael Owens (rowens1214@yahoo.com)
from doug@welmakerlaw.com
IP: 206.255.3.113

**VIEWED**
**06 / 11 / 2025**
19:45:05 UTC
Viewed by Rachael Owens (rowens1214@yahoo.com)
IP: 172.59.194.233

**SIGNED**
**06 / 11 / 2025**
19:45:16 UTC
Signed by Rachael Owens (rowens1214@yahoo.com)
IP: 172.59.194.233

**COMPLETED**
**06 / 11 / 2025**
19:45:16 UTC
The document has been completed.

Powered by Dropbox Sign