UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RACHAEL OWENS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § | CA NO. 3:25-cv-2014-X |
| v. | § § § | |
| TRINITY HEALTH SPA, LLC, | § § § | |
| DEFENDANT | § | JURY DEMANDED |

## DISCLOSURE OF INTERESTED PARTIES

Rachael Owens hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Rachael Owens
Plaintiff

Welmaker Law, PLLC
505 E. Magrill St.
Longview, Texas 75601

Hersh Law Firm, PC
3626 N. Hall St., Suite 800
Dallas, TX 75219-5133

Respectfully submitted,

WELMAKER LAW, PLLC

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
505 E. Magrill St.
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

*and*

Barry S. Hersh
State Bar No. 24001114

*Board Certified in Labor and Employment Law Texas Board of Legal Specialization*

Hersh Law Firm, PC
3626 N. Hall St., Suite 800
Dallas, TX 75219-5133

Tel. (214) 303-1022
Fax (214) 550-8170
barry@hersh-law.com

**ATTORNEYS FOR PLAINTIFF**