IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RACHAEL OWENS, on behalf of herself and all others similarly situated, | § § § § | |
| Plaintiff, | § | CASE NO. 3:25-cv-02014-X |
| v. | § § § | JURY TRIAL DEMANDED |
| TRINITY HEALTH SPA, LLC, | § § | |
| Defendant. | § | |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' ORIGINAL COMPLAINT

Defendant Trinity Health Spa, LLC ("Trinity" or "Defendant") files this Unopposed Motion to Extend Deadline to Answer or Otherwise Respond to Plaintiffs' Original Complaint and would respectfully show the Court as follows:

1. Plaintiff Rachael Owens ("Owens" or "Plaintiff"), on behalf of herself and all others similarly situated, filed the Original Complaint ("Complaint") against Trinity on August 1, 2025.

2. Trinity was served with the Complaint on or about August 7, 2025, making its deadline to answer or otherwise respond to the Complaint August 28, 2025.

3. Trinity requests that the deadline for it to answer or otherwise respond to the Complaint be extended to **September 19, 2025** to allow sufficient time to gather all information necessary to form a response.

4. This motion is made in good faith and not for the purpose of causing undue delay.

5.     Pursuant to Local Rule 7.1, Trinity counsel conferred with counsel for Plaintiff regarding additional time to answer or otherwise respond to the Complaint. Plaintiff is unopposed to the relief requested herein.

WHEREFORE, Defendant Trinity respectfully requests that its Unopposed Motion to Extend Deadline to Answer or Otherwise Respond to Plaintiffs' Original Complaint be granted and that Defendant's deadline be extended to **September 19, 2025**.

Respectfully submitted,

/s/ *Sarah M. Montgomery*
Sarah M. Montgomery
Texas State Bar No. 24045792
smmontgomery@jw.com
**JACKSON WALKER L.L.P.**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 (office)
(214) 953-5822 (facsimile)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I certify that, on August 29, 2025, I conferred with Plaintiff's counsel regarding the relief requested herein. Plaintiff is unopposed to this Motion to Extend Deadline to Answer or Otherwise Respond to Plaintiffs' Original Complaint.

| | |
|---|---|
| Douglas B. Welmaker | Barry S. Hersh |
| Welmaker Law, PLLC | Hersh Law Firm, PC |
| 505 E. Magrill Street | 3626 N. Hall Street, Suite 800 |
| Longview, TX 75601 | Dallas, TX 75219-5133 |
| *doug@welmakerlaw.com* | *barry@hersh-law.com* |

/s/ *Sarah M. Montgomery*
Sarah M. Montgomery

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of August, 2025, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept that Notice as service of this document by electronic means.

/s/ *Sarah M. Montgomery*
Sarah M. Montgomery