IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RACHAEL OWENS, On Behalf of Herself and All Others Similarly Situated,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>TRINITY HEALTH SPA, LLC,<br><br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 3:25-cv-02014-X |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PARTIES**

　　By and through its undersigned counsel, Defendant certifies that is a privately held limited liability company with no publicly traded parent corporation. Other than the parties to the case, Defendant is not aware of any persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case.

[*Signatures on following page.*]

1

Respectfully submitted,

By: */s/ Sarah M. Montgomery*
Sarah M. Montgomery
Texas State Bar No. 24045792
smmontgomery@jw.com
Lauren M. Vogel
Texas State Bar No. 24114574
lvogel@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-5870 (Direct Dial)
(214) 661-6837 (Direct Fax)

**ATTORNEYS FOR DEFENDANT
TRINITY HEALTH SPA, LLC**

**CERTIFICATE OF SERVICE**

This is to certify that on September 22, 2025, a true and correct copy of the foregoing document was served via the Court's electronic filing system upon:

Douglas B. Welmaker
Welmaker Law PLLC
505 E. Magrill St.
Longview, Texas 75601
doug@welmakerlaw.com

Barry S. Hersh
Hersh Law Firm, PC
3626 N. Hall St., Suite 800
Dallas, TX 75219-5133
barry@hersh-law.com

*/s/ Sarah M. Montgomery*
Sarah M. Montgomery