**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RACHAEL OWENS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **PLAINTIFF** | § § | |
| | § | **CA NO. 3:25-cv-2014-X** |
| **v.** | § § § | |
| **TRINITY HEALTH SPA, LLC,** | § § | |
| **DEFENDANT** | § | **JURY DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Rachael Owens and Defendant Trinity Health Spa, LLC ("Defendant") file this Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case is not a class action and a receiver has not been appointed. No conditional certification has been granted, and no other plaintiffs have opted in to this action. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiff hereby dismisses, with prejudice, all claims against Defendant. Plaintiff and Defendant will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendant.

Respectfully submitted,

WELMAKER LAW, PLLC


*/s/  Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
505 E. Magrill St.
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

*and*

Barry S. Hersh
State Bar No. 24001114

*Board Certified in Labor and Employment Law Texas Board of Legal Specialization*

Hersh Law Firm, PC
3626 N. Hall St., Suite 800
Dallas, TX 75219-5133

Tel. (214) 303-1022
Fax (214) 550-8170
barry@hersh-law.com

**ATTORNEYS FOR PLAINTIFF**

2

**JACKSON WALKER LLP**


*/s/ Sarah M. Montgomery*
Sarah M. Montgomery
State Bar No. 24045792
smmontgomery@jw.com
Lauren M. Vogel
State Bar No. 24114574
lvogel@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Tel: (214) 953-5870
Fax: (214) 661-6837

**ATTORNEYS FOR DEFENDANT
TRINITY HEALTH SPA, LLC**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing Joint Stipulation of Dismissal has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on March 24, 2026.


*/s/ Douglas B. Welmaker*
Douglas B. Welmaker