# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| RACHAEL OWENS, On Behalf of Herself and All Others Similarly Situated, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § | CIVIL ACTION NO. 3:25-cv-02014-X |
| | § | |
| TRINITY HEALTH SPA, LLC, | § § | |
| *Defendant.* | § § § | |

## DISMISSAL ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice. (Doc. 12)  Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims against the Defendant.  Each party will bear its own costs.  This is a final judgment.

**IT IS SO ORDERED** on the 25th day of March, 2026.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1